UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In the matter of: | : | Case No. 08-33942 |
| CHRISTY M PADDOCK | : | Chapter 7 |
| . | | |
| | : | JUDGE |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

     The attached check in the amount of $74.74 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| PRA RECEIVABLES<br>PO Box 41067<br>NORFOLK, VA 23541 | NO. 7 | $74.74 |

 

/s/ Ruth A Slone

Dated:_____    _____
                                                    Ruth A. Slone, Trustee